IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD JONES,

     Plaintiff,                          No. 2:11-cv-02189-KJN P

     vs.

SAN LUIS OBISPO
SUPERIOR COURT, et al.,

     Defendants.                     ORDER

_____/

        On August 17, 2011, plaintiff, a state prisoner proceeding without counsel in an apparent civil rights action pursuant to 42 U.S.C. § 1983, filed a motion for preliminary injunction; there have been no other filings in this action.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, none of the defendants reside in this district. The claim allegedly

1

1 arose in San Luis Obispo County, which is in the Central District of California. Therefore,
2 plaintiff's motion should have been filed in the United States District Court for the Central
3 District of California. In the interests of justice, a federal court may transfer an action filed in the
4 wrong district, to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d
5 918, 932 (D.C. Cir. 1974).

6     Accordingly, IT IS HEREBY ORDERED that:

7     1. This court has not ruled on plaintiff's motion for preliminary injunction; and

8     2. This matter is transferred to the United States District Court for the Central
9 District of California.

10 DATED: August 23, 2011

                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

14 jone2189.21